**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **YOLANDA-DENISE THOMPSON** | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Case No. 2:20-cv-3791-JDW |
| | : | |
| **YOLANDA DENISE THOMPSON** | : | |
| **SOCIAL SECURITY TRUST,** *et al.* | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 7th day of August, 2020, upon consideration of the Application of Yolonda-Denise Thompson to Proceed *In Forma Pauperis* (ECF No. 1), it is **ORDERED** that the Application is **GRANTED**.

It is further Ordered that, for the reasons stated in the accompanying Memorandum and pursuant to 28 U.S.C. § 1915(e), the Complaint is **DISMISSED WITH PREJUDICE**.

                                  **BY THE COURT:**

                                  */s/ Joshua D. Wolson*
                                  HON. JOSHUA D. WOLSON
                                  United States District Judge